THOMAS DORAN, Respondent, *v.* THE FRANKLIN FIRE INSUR-
ANCE COMPANY, Appellant.

(Argued March 4, 1881 ; decided October 25, 1881.)

THIS action was upon a policy of fire insurance.

The policy contained a condition avoiding it in case " the as-
sured shall have or shall hereafter make any other insurance on
the property * * * without the consent of the company writ-
ten hereon." The policy was issued August 31, 1876. On Feb-
ruary 5, 1875, a one year's policy on the property was issued by
another company, " loss, if any, payable to the Savings and
Building Fund Association, No. 9, as interest may appear."
The said association held two mortgages on the property, exe-
cuted by plaintiff, both containing covenants on the part of
plaintiff to keep the property insured, and " in case of any fail-
ure in the covenant," authorizing the association to insure.
The prior policy was obtained by the secretary of the associa-
tion, with the knowledge of the plaintiff, who paid the
premium. That policy contained a similar condition as to
other insurance, with the exception that it was limited to in-
surance thereafter obtained. Said policy was renewed by the
association without the assent or knowledge of the plaintiff.
The court here *held*, on authority of *Titus* v. *Glens Falls Insur-
ance Company* (81 N. Y. 410), that the act of the mortgagee
in procuring the renewal could not be so far regarded as the
act of plaintiff as to work a breach of the condition.

The policy in suit also contained this condition "in case of
any other insurance on the property hereby insured, whether
valid or not, the assured shall be entitled to recover of this
company no greater proportion of the loss sustained than the
sum hereby insured bears to the whole amount so insured
thereon." *Held* that the policy so renewed was other insurance
within the meaning of said condition ; and that a refusal of
the court to rule on the trial that defendant was liable for only
a proportionate part of the loss was error.

*G. A. Clement* for appellant.

*Amasa J. Parker* for respondent.

Folger, Ch. J., reads for reversal and new trial.
All concur, except Earl, J., not voting.
Judgment reversed.